Adam M. Silverstein (197638)
CAVALLUZZI & CAVALLUZZI
9200 Sunset Boulevard, Suite 807
Los Angeles, California 90069
Telephone: (310) 246-2601
Facsimile: (310) 246-2606
Email: adam@cavalluzzi.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK COLLINS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1- 10,<br><br>Defendants. | Case No. 2:11-cv-02796-DSF -DTB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DOES 1, 3, 4, 5, 6, 7 AND 8** |

**PLEASE TAKE NOTICE** Plaintiff hereby voluntary dismisses without prejudice Does Defendants 1, 3, 4, 5, 6, 7 and 8 who were assigned the IP Addresses 75.80.14.10,

76.175.10.38
76.90.25.240
76.91.249.117
68.109.76.58
68.111.82.122
68.5.10.40

Case No.

. Contemporaneously, Plaintiff herewith consents to having the case closed for administrative purposes.

                Respectfully submitted,

                By: */s/ Adam M. Silverstein*

                Adam M. Silverstein (197638)

                CAVALLUZZI & CAVALLUZZI

                9200 Sunset Boulevard, Suite 807

                Los Angeles, California 90069

                Telephone: (310) 246-2601

                Facsimile: (310) 246-2606

                Email: adam@cavalluzzi.com

                *Attorneys for Plaintiff*

Case No.